# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALIYAH REMETZ,  :  <br>　　　　Plaintiff,　　: <br> 　　　　　　　　　　　: <br> 　　v.　　　　　　　　: <br> 　　　　　　　　　　　: <br> LEHIGH VALLEY HOSPITAL,  : <br> 　　　　Defendant.　　: | Civil No. 5:23-cv-03489-JMG |

## ORDER

**AND NOW**, this 9th day of December, 2024, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 17) and Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment (ECF No. 18), **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge